United States District Court
Southern District of Texas
**ENTERED**
May 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAN JUANA RODRIGUEZ, "Plaintiff", | § § § | |
| v. | § § | Civil Action No. 1:23-cv-00006 |
| CVS PHARMACY, INC., "Defendant". | § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Plaintiff's "Motion to Remand" ("MTR") (Dkt. No. 8), Defendant's "Response in Opposition to Plaintiff's MTR" ("Response to MTR") (Dkt. No. 11), Plaintiff's "Supplement to MTR" (Dkt. No. 12), Plaintiff's "Reply to Defendant's Response to Plaintiff's MTR" ("Reply") (Dkt. No. 13), Defendant's "Opposed Motion to Dismiss, or in the alternative to Stay Proceedings and Compel Arbitration" ("MTD") (Dkt. No. 9), Plaintiff's "Response to Defendant's MTD" (Dkt. No. 14), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 15). The R&R recommends this Court (1) deny Plaintiff's MTR (Dkt. No. 8); (2) grant Defendant's MTD (Dkt. No. 9); (3) dismiss all of Plaintiff's claims; and (4) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's MTR (Dkt. No. 8) is **DENIED**. Defendant's MTD (Dkt. No. 9) is **GRANTED**. Plaintiff's claims are **DISMISSED**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 26th day of May, 2023.

Rolando Olvera
United States District Judge